# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RONALD SAINTIL,
*Plaintiff*

V.

## SUMMONS IN A CIVIL CASE

**BOROUGH OF CARTERET, ET AL.,**
*Defendant*

CASE
NUMBER: **3:17–CV–00433–FLW–TJB**

TO: *(Name and address of Defendant):*

County of Middlesex
Administrative Building
75 Bayard Street
New Brunswick, NJ 08901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint ~~or a motion~~ under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Moller**
(By) DEPUTY CLERK

**ISSUED ON 2017–01–23 13:49:30**, Clerk
USDC NJD

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-CV-00433-FLW-TJB

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* County of Middlesex

was received by me on *(date)* February 6, 2017

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sharon Finley, Counsel Secretary , who is designated by law to accept service of process on behalf of *(name of organization)* County of Middlesex on *(date)* Feb.7, 2017 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: February 7, 2017

[signature]
*Server's signature*

Ann Butwinski
*Printed name and title*

1 Broad Street, Freehold, New Jersey 07728
*Server's address*

Additional information regarding attempted service, etc: