**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RONALD SAINTIL, Plaintiff, | Case No.: 3:17-cv-00433-FLW-TJB |
| vs. | |
| BOROUGH OF CARTERET BOROUGH OF CARTERET POLICE DEPARTMENT, TOWNSHIP OF HAMILTON, ET AL. Defendants. | **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY (Local Civil Rule 6.1(b))** |

Application is hereby made for a Clerk's Order extending the time within which Defendants, Township of Hamilton, Township of Hamilton Police Department, Hamilton Township Police Chief James W. Collins, Hamilton Township Police Sgts. Kyle Thornton and Terry King and Hamilton Township Police Officers Christopher DiMeo, Jonathan Woodhead, Christopher Schuster, David De Leon, Chester Embley, David H. Leonard, Mark Horan, Patrick R. Guido, James M. Stevens, Sean B. Mattis, Leonard J. Gadsby, William P. Murray and Det. Lt. Joseph Mastropolo may answer, move or otherwise reply to the Complaint filed by plaintiff herein and it is presented that

1. No previous extension has been obtained;
2. Service of Process was effected on February 7, 2017; and

3. Time to Answer, Move or otherwise Reply expires on February 28, 2017.

CAPEHART & SCATCHARD, P.A.
Attorneys for Defendants

By: *\/s/ Betsy G. Ramos*
Betsy G. Ramos, Esq.

**ORDER**

The above application is ORDERED GRANTED extended to .

ORDER dated:

WILLIAM T. WALSH, Clerk

By: ______________________________
Deputy Clerk