***KELSO and BRADSHAW, ESQS.***
***By: Patrick J. Bradshaw, Esq. (Attorney ID No. 025991993)***
***132 Hamilton Street***
***P. O. Box 1208***
***New Brunswick, New Jersey 08903***
***Tel. (732) 246-4501***
***Attorneys for Defendant, COUNTY OF MIDDLESEX and MIDDLESEX COUNTY DEPARTMENT OF PUBLIC SAFETY & HEALTH***

***UNITED STATES DISTRICT COURT***
***DISTRICT OF NEW JERSEY***
***TRENTON, NEW JERSEY***

| | | |
|---|---|---|
| ***RONALD SAINTIL,*** | : | ***UNITED STATES DISTRICT COURT*** |
| | : | ***DISTRICT OF NEW JERSEY*** |
| ***Plaintiff(s),*** | : | |
| | : | ***Civil Action No. 3:17-cv-00433 FLW-TJB*** |
| ***vs.*** | : | |
| | : | ***ELECTRONICALLY FILED:*** |
| ***BOROUGH OF CARTERET, et al,*** | : | |
| | : | ***NOTICE OF APPEARANCE ON BEHALF*** |
| ***Defendant(s).*** | : | ***OF THE COUNTY OF MIDDLESEX AND*** |
| | : | ***MIDDLESEX COUNTY DEPARTMENT OF*** |
| | | ***PUBLIC SAFETY & HEALTH*** |

***PLEASE TAKE NOTICE that PATRICK J. BRADSHAW, ESQ., an attorney of the law firm of KELSO & BRADSHAW, ESQS., does hereby enter an appearance as counsel on behalf of the Defendants, COUNTY OF MIDDLESEX and MIDDLESEX COUNTY DEPARTMENT OF PUBLIC SAFETY & HEALTH, with regard to the above-entitled action.***

***Respectfully submitted,***

***KELSO & BRADHAW, ESQS.***

***/s/ Patrick J. Bradshaw, Esq.***

***Dated: February 17, 2017*** ***By:*** ______________________________

***PATRICK J. BRADSHAW, ESQ.***
***Email Address: pbradshaw@kelsobradshaw.com***